**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ASHLEE CHAVEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1372-SEB-VSS |
| | ) | |
| IMPACT FORGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to appear at the May 8, 2006, conference, and on her failure to show cause as directed in the Entry entered on May 10, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 05/25/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana